433 A.2d 530

Commonwealth v. Lucidonio, Appellant.

Submitted March 21, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.